UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, <br><br> Defendant. | Case No. 1:21-cv-01801-DAD-SKO <br><br> **ORDER TO SHOW CAUSE WHY MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED** <br><br> (Doc. 2) <br><br> 21-DAY DEADLINE |

On December 22, 2021, Plaintiff Jerome Ireland, Jr., proceeding *pro se*, filed a complaint, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) According to Plaintiff's application, his "seasonal" gross pay/wages and take-home pay/wages are both $8,000,000,000. (Doc. 2 at 1.) This is enough to pay the $402 filing fee in this action. Therefore, Plaintiff must show why he is entitled to proceed *in forma pauperis*.[1]

Proceeding *in forma pauperis* "is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *in forma pauperis*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948), "'the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole

---

[1] Plaintiff's application also indicates that Plaintiff has endorsement deals. (Doc. 2 at 2.) Additionally, Plaintiff represents that he is currently engaged in a transaction involving a house worth $28,000,000.00. (*Id.*)

or in material part, to pull his own oar,'" *Ross v. San Diego Cty.*, No. 08CV0107-BEN (RBB), 2008 WL 440413, at *1 (S.D. Cal. Feb. 14, 2008) (citation omitted).  Hence, "the court shall dismiss the case at any time if the court determines that the [plaintiff's] allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

Plaintiff's application indicates that he has adequate funds to pay the filing fee for this action.  Accordingly, the Court ORDERS Plaintiff, **within 21 days** of the date of service of this order, to show cause in writing why his application to proceed *in forma pauperis* should not be denied.  **Failure to respond to this order will result in a recommendation that this action be dismissed for failure to obey a court order**.

IT IS SO ORDERED.

Dated:   **December 30, 2021**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE