UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, <br><br> Defendant. | No. 1:21-cv-01801-DAD-SKO <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. Nos. 2, 5) |

On December 22, 2021, plaintiff Jerome Ireland, Jr., proceeding *pro se*, filed a complaint, along with an application to proceed *in forma pauperis* ("IFP") with this civil action. (Doc. Nos. 1, 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) be denied because plaintiff failed to show that he is unable to pay the required filing fees pursuant to 28 U.S.C. § 1915. (Doc. No. 5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.* at 2.)

On January 18, 2022, plaintiff filed a document titled, "Objections to Magistrate Judge's Findings and Recommendations Cross Examination leading papers showing evidence that the

defendants & these people defending the defendant they themselves are incompetent . . ..." (Doc. No. 6.)  Plaintiff's ramblings in this document filed with the court are difficult to decipher, and they certainly do not provide any basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on January 18, 2022 (Doc. No. 5) are adopted in full;
2. Plaintiff's motions to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Within fourteen (14) days following service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action or face dismissal without prejudice to refiling upon payment of the filing fee;
4. Failure to pay the required filing fee in full within the specified time will result in the dismissal of this case; and
5. The matter is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **March 6, 2022**               /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE