UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, <br><br> Defendant. | No. 1:21-cv-01801-DAD-SKO <br><br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER</u> <br><br> (Doc. No. 9) |

Plaintiff Jerome Ireland, Jr., proceeding *pro se*, initiated this civil action on December 22, 2021. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 7, 2022, the court issued an order directing plaintiff to pay the required filing fee in order to proceed with this action within thirty (30) days of that order. (Doc. No. 7.) Plaintiff was warned that his "[f]ailure to pay the required filing fee in full within the specified time will result in the dismissal of this case." (*Id.* at 2.) A copy of that order was served on plaintiff at his address of record.

On March 22, 2022, plaintiff filed a document titled, "Closing Arguments Asking Premission [sic] to Apporach [sic] the Bench 'Pleading Papers'. . . When Will I Be Called to Witness the Death Penalty & Mi Supoenas [sic] for Mr. Warren Buffet . . . ." (Doc. No. 8.) As with some of plaintiff's other filings, plaintiff's ramblings in this document are simply

1

incomprehensible, and they certainly do not provide any basis upon which to excuse plaintiff's failure to comply with the court's order directing him to pay the filing fee in order to proceed with this action.

On March 31, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order. (Doc. No. 9.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 31, 2022 (Doc. No. 9) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 3, 2022**

_____
UNITED STATES DISTRICT JUDGE